Alberta Gorens, as Administratrix of Estate of Marshall L. Gorens, Deceased, Plaintiff-Appellant, v. William Bonaparte, Defendant-Appellee.

Gen. No. 9,856.

Thomas F. Walsh, for appellant; William G. Negley, and Musgrave, Ewins, Price & Notz, of counsel; Brown, Hay & Stephens, and Edwin C. Mills, for appellee; John B. Stoddart, Jr., and Paul W. Gordon, Jr., of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed June 1, 1953; released for publication June 17, 1953.